AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Juan Jose Gonzalez-Munoz
YOB: 1958   COB: United States

**CRIMINAL COMPLAINT**

Case Number:
M-22- 0629 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.
On or about **March 30, 2022** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
knowing or in reckless disregard of the fact that Rosa Norma Velasco-De Alvarado, a citizen and national of El Salvador, and Gerber Moises Vanegas, a citizen and national of Guatemala, along with three (3) other undocumented aliens, for a total of five (5) who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit; a residence located in Roma, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii) FELONY**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On March 30, 2022, Border Patrol Agents and Starr County Sheriff Deputies conducted a knock and talk at a residence in Roma, Texas after receiving information the residence was being used to harbor undocumented aliens. As Deputies and Agents arrived to the residence, they observed multiple subjects exit the residence through the back door and absconded to the near brush. While Agents attempted to look for the subjects that absconded, a male subject later identified as Juan Jose Gonzalez-Munoz, a United States citizen, came out through the front door of the residence to talk to the deputies and Agents. Agents identified themselves and asked for consent to go inside and search the residence, which Gonzalez agreed to let them in, stating that there was no one inside. Agents entered the residence and found a female subject inside the bathroom and discovered a plastic bag containing several cellular phones on top of Gonzalez's bed. Agents determined the female was illegally present in the United States. Simultaneously, after following foot sign from the back of the residence, Agents encountered four (4) male subjects in the brush near the residence. The four(4) subjects were determined to be illegally present in the United States.

Gonzalez and the five (5) undocumented aliens were placed under arrest and transported to the Rio Grande City Border Patrol Station for processing.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Complaint authorized by AUSA P. Brostowin

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Jose E. Delgado
Signature of Complainant

Jose E. Delgado   Border Patrol Agent
Printed Name of Complainant

March 31, 2022   4:57 PM
Date

at McAllen, Texas
City and State

Nadia S. Medrano , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-22- 0629 -M

**RE:    Juan Jose Gonzalez-Munoz**
**CONTINUATION:**

**PRINCIPAL STATEMENT:**
Juan Jose Gonzalez-Munoz, a United States citizen, was read his Miranda rights and agreed to make a statement.

Gonzalez agreed to harbor undocumented aliens at his house for a fee of $40 a person. Gonzalez indicated he had eight (8) subjects in total. He added these eight (8) subjects were dropped off at his house two (2) days ago. Gonzalez stated in the event he did not receive payment; he would not allow the subjects to leave his residence. Gonzalez also explained that a pickup truck would come to his house and honk to let him know he was dropping off undocumented aliens. He also indicated the subjects were staying in the back room and he did not allow them to go outside. Gonzalez stated he fed them two (2) or three (3) times a day. Gonzalez admitted he collected all cell phones, as the undocumented aliens entered his house to avoid them making calls or taking pictures and getting caught by law enforcement. Gonzalez also admitted ordering the undocumented aliens to exit his house when he noticed police approaching.

**MATERIAL WITNESS 1 STATEMENT:**
Rosa Norma Velasco-De Alvarado, a citizen and national of El Salvador, was read her Miranda rights and was willing to make a statement.

Velasco stated her husband's friend made the arrangements to be smuggled into the United States but was not aware of the amount that was paid. Velasco added after illegally crossing the Rio Grande River with eight (8) others, they were picked up by a vehicle and dropped off at a residence where a male subject was living. Velasco admitted the male subject living at the residence told them not to go outside and took all their cellphones away. Velasco indicated they were getting fed only one (1) time daily.

Velasco identified Juan Jose Gonzalez-Munoz, through a photo lineup, as the caretaker at the residence.

**MATERIAL WITNESS 2 STATEMENT:**
Gerber Moises Vanegas, a citizen and national of Guatemala, was read his Miranda rights and was willing to make a statement.

Vanegas indicated he crossed the Rio Grande River with nine (9) others. He also explained his relative paid approximately $8,000 and was going to pay a total of $15,000 to be smuggled to his destination of New York. Vanegas stated they were picked up by a white pickup truck an was dropped off at the residence they were arrested at today. Vanegas further stated when they arrived at the residence, an older male subject was at the house and instructed them not to make any noise and took their phones away. Venegas indicated once law enforcement arrived at the residence, the older male instructed them to run. Vanegas stated in the two (2) days he was at the residence; he only ate once daily.

Vanegas identified Juan Jose Gonzalez-Munoz, through a photo lineup, as the caretaker at the residence.